E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

FILED
HARRISBURG, PA

NOV 13 2025

PER_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Darrell Jesse Rivera

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

(1) Mediko Correctional Healthcare
(2) All medical staff of Mediko
(3) Dauphin County Prison

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Darrell Jesse Rivera_

All other names by which
you have been known:

ID Number _111844_

Current Institution _Dauphin County Prison_

Address _501 Mall Road_

_Harrisburg_           _Pa_    _17111 - 1299_
City              State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name _Mediko Correctional Healthcare_
    Job or Title (if known)
    Shield Number
    Employer
    Address

                City              State          Zip Code
    ☒ Individual capacity    ☒ Official capacity

Defendant No. 2
    Name _All medical staff of Mediko_
    Job or Title (if known)
    Shield Number
    Employer _Mediko Correctional Healthcare_
    Address

                City              State          Zip Code
    ☒ Individual capacity    ☒ Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

Defendant No. 3
    Name — Dauphin County Prison
    Job or Title *(if known)*
    Shield Number
    Employer
    Address — 501 Mall Road
    Harrisburg    Pa.    17111-1299
              *City*      *State*      *Zip Code*

    ☒ Individual capacity      ☒ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

              *City*      *State*      *Zip Code*

    ☐ Individual capacity      ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to basic healthcare

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See attached page.*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

Dauphin County Prison - 10/20/25

II. Basis for Jurisdiction

(D) Since Mediko Correctional Healthcare bid on a contract to provide healthcare services at Dauphin County Prison, state or local law requires Mediko Correctional Healthcare to provide the best possible care for the incarcerated inmates.

Additionally, since the medical staff of Mediko fall under the protocols of Mediko Correctional Healthcare, they too share responsibility requiring the staff by state or local law to provide the best possible care and well-being of inmates.

Additionally, since Dauphin County Prison awarded the contract to Mediko Correctional Healthcare, they are also responsible by law to make sure the safety, health, and well-being is being met for inmates.

IV. Statement of Claim

(D.) Around 10/20 - 10/21 I sent a medical request to Mediko Correctional Healthcare to be seen by staff for them to make a determination of my request for a medical mattress because of the pain associated with my lower spine scoliosis. I never got a response by Mediko or the staff. I then sent a question via a request slip asking any medical staff when do they plan to respond to my medical needs, again getting no response. So to raise a red flag to the medical staff, I began to refuse my daily morning and night medications.

over

By doing this I was trying to force the staff to personally see me because medical protocol states that if an inmate refuses their medication within a certain span of time, it is to be recorded on file and then medical staff is to personally have a one-on-one conversation with any inmate that refuses their meds. Since 10/23, I have yet to take my meds and medical has cared not to even see me. I then filled out a Dauphin County Prison grievance form with no response back. I talked to DCP C.O.'s to ask medical to see me and medical refuses. My fiancée has called DCP in hopes to speak to a Deputy Warden, Captain, or Lieutenant but I don't know the outcome of that conversation... nevertheless I still don't have a medical mattress. DCP has enabled Mediko in their sub-standard care.

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

C.    What date and approximate time did the events giving rise to your claim(s) occur?

10/20/25 - 10/21/25   Late evening 5:30 pm

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

\* See attached page

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The continual pain in my lower back from not receiving a medical mattress for my lower spine scoliosis. The health dangers from not taking my meds which include blood pressure medication, statin meds for my cholesterol, and psych meds.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

• $150,000 against Mediko Healthcare for failure to provide basic medical care.

• $200,000 against Dauphin County Prison for failure to act and failure to ensure the safety, health and well-being of myself.

• Dismissal of all Mediko medical staff at DCP

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Dauphin County Prison

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.     Where did you file the grievance?

Dauphin County Prison

2.     What did you claim in your grievance?

That I am not receiving the healthcare I'm in need of. My requests for medical attention are being ignored. Medike Correctional Healthcare, and Dauphin County Prison does not care about my health and well-being.

3.     What was the result, if any?

No response from anyone

4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

N/A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

\* Case still pending on appeal from decision of court.
Federal Bldg. and U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501
9/19/25
case # 1:25-CV-01463

Page 8 of 11

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    NO

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.  Parties to the previous lawsuit

       Plaintiff(s) _____

       Defendant(s) _____

   2.  Court *(if federal court, name the district; if state court, name the county and State)*

       _____

   3.  Docket or index number

       _____

   4.  Name of Judge assigned to your case

       _____

   5.  Approximate date of filing lawsuit

       _____

   6.  Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition _____

   7.  What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

       _____

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11/6/25

Signature of Plaintiff    _Dar Riv_

Printed Name of Plaintiff    Darrell Jesse Rivera

Prison Identification #    111844

Prison Address    501 Mall Road

Harrisburg    Pa.    17111 - 1299
    *City*    *State*    *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

    _____
    *City*    *State*    *Zip Code*

Telephone Number    _____

E-mail Address    _____

NAME: Darrell Rivera
D.C.P. # 117844
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA 171

10 NOV 2025 PM

US POSTAGE PITNEY BOWES

FIRST

ZIP 17111
02 7H        $ 000.74⁰
0006226490   NOV 07 2025

United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo U.S. Courthouse
1501 North 6th St., Suite 101
Harrisburg, Pa. 17102

RECEIVED
HARRISBURG, PA

NOV 13 2025

PER _____
DEPUTY CLERK

17102-110999